RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

        Plaintiff,

Vs.

Saleh Harbi, et al.,

        Defendants.

Case Number C19-8234 KAW

STIPULATION TO EXTEND TIME TO FILE ANSWER; ORDER

Come now plaintiff Jose Daniel Castillo-Antonio, through his counsel of record Richard Mac Bride, and defendants Saleh Harbi and Carniceria Esmeralda, Inc., through their counsel not-yet-of-record Daniel Butt of Law Offices of Daniel Butt, to stipulate as follows:

WHEREAS, process was served on Saleh Harbi on December 30, 2019 and on Carniceria La Esmeralda, Inc. on December 24, 2019; and

WHEREAS, the parties have already begun settlement discussions; and

WHEREAS, the parties agree that these defendants can have until February 29, 2020 to file their answer;

NOW THEREFORE, the parties hereby stipulate that the deadline for defendants to file their answer shall be extended to February 29, 2020.


Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio         2/4/2020

_____

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER – 19-8234 KAW

-1-

| | |
|---|---|
| 1 | Law Offices of Daniel Butt – By: Daniel Butt /s/ Daniel Butt |
| 2 | Attorney not-yet-of-record for defendants Saleh Harbi and Carniceria La Esmeralda, Inc. |
| 3 | 2/4/2020 |

---

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER – 19-8234 KAW

-2-

ORDER FOR EXTENSION OF TIME TO FILE ANSWER

In the matter of Castillo-Antonio v. Harbi et al., 19-8234 KAW, the Court having considered the parties' Stipulation for Extension of Time to File Answer, and for good cause appearing, it is hereby ORDERED:

1. That the last day for defendants Saleh Harbi and Carniceria La Esmeralda, Inc., is reset for February 29, 2020;
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

Date: 2/7/2020

_____

Kandis A. Westmore

United States Magistrate Judge